THEODORE G. McCROSSEN, Respondent, v. WALTER B. HALL, Appellant. (Action No. 1.) THOMAS H. MILLER, Respondent, v. WALTER B. HALL and THEODORE G. McCROSSEN, Appellants. (Action No. 2.) EDITH MILLER, Respondent, v. WALTER B. HALL and THEODORE G. McCROSSEN, Appellants. (Action No. 3.) — Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies motions for change of venue in three automobile negligence actions.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

CLARENCE E. BENNETT, Appellant, v. SAMUEL PISCITELLO and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 964.] Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD H. HIGLEY, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Attica, New York, Respondent.—Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

STANLEY APENOWICH, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL GARTH COVELL, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of ANNA S. CULLITON, as Administratrix, etc., of SABINA BATES, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay pending a motion to the Court of Appeals for leave to appeal to that court granted. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THE DELAWARE AND HUDSON COMPANY, Appellant, v. UTICA, CLINTON AND BINGHAMTON RAILROAD COMPANY, Respondent, THE NEW YORK TRUST COMPANY, as Trustee, etc., and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 969.] Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

DEWI G. LEWIS, Appellant, v. FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Harris and McCurn, JJ.